# EXHIBIT B

# Eliminate the Threat of Lightning Strikes

## The Most Advanced and Effective Lightning Protection System

Trusted by homeowners, businesses, and marine professionals for superior safety, innovative technology, and proven reliability in any environment.



### CMCE LIGHTNING SUPPRESSOR
#### HOW IT WORKS

The CMCE Lightning Suppressor is a Variable Electromagnetic Field Balancer (VEB). Designed using Nikola Tesla patent technology, the CMCE uses a process called deionization to drain the atmosphere of the excess positive and negative ionic charges that build up during a thunderstorm. Once absorbed into the device, the CMCE internally rearranges the charges, turns them into harmless milliamperes, and grounds them through a ground wire. This process eliminates upward streamers by balancing the electrical field, preventing lightning strike formation within the CMCE coverage area.



## LAND MODELS



### CMCE-25
Developed to protect small, inland residential properties as well as sheds, poles, traffic lights, and gate entries.

**Total Coverage:** 20,000 square ft.
**Radius Protection:** 25 meters (82 ft.)
**Weight:** 2.6 lbs
**Height:** 6.7 in.
**Diameter:** 10 cm.



### CMCE-55
Developed to protect luxury homes near large bodies of water and small to medium-sized commercial buildings.

**Total Coverage:** 100,000 square ft.
**Radius Protection:** 55 meters (180 ft.)
**Weight:** 4.86 lbs
**Height:** 10.2 in.
**Diameter:** 15.6 cm.



### CMCE-120
Developed to protect large properties such as luxury homes, high-rise condos, electrical sub-stations, sports stadiums, telecommunication towers, and wind turbines.

**Total Coverage:** 500,000 square ft.
**Radius Protection:** 120 meters (393 ft.)
**Weight:** 16 lbs
**Height:** 15.17 in.
**Diameter:** 24 cm.

## MARINE MODELS



### CMCE-GOLD
Developed to protect vessels under 50 feet, such as small sailboats, marine buoys, etc.

**Total Coverage:** 20,000 square ft.
**Radius Protection:** 25 meters (82 ft.)
**Weight:** 2.3 lbs
**Height:** 8.5 in.



### CMCE-PLATINUM
Developed to protect vessels 50 to 80-feet, such as medium-sized fishing boats, catamarans, small yachts, etc.

**Total Coverage:** 100,000 square ft.
**Radius Protection:** 55 meters (180 ft.)
**Weight:** 6 lbs
**Height:** 10 in.



### CMCE-DIAMOND
Developed for maximum protection on vessels over 81 feet, such as superyachts, cruise and cargo ships.

**Total Coverage:** 500,000 square ft.
**Radius Protection:** 120 meters (393 ft.)
**Weight:** 13.6 lbs
**Height:** 14.9 in.



## The CMCE Lightning Suppressor

Effective against lightning and other forms of electromagnetic pulses, is the only device that prevents lightning from developing within its spherical area of protection. With installations worldwide utilizing this technology — **no reported strikes to protected structures in over 15 years**

  

99% effective lightning prevention | No power required | Water Proof, explosion proof and weather resistant | 10-year manufacturer warranty

### CMCE120
Primary Use: Industrial/Commercial
E-Modified Capacitors
393ft (120m) Radius
640,000v/Microsecond

### CMCE55
Primary Use: Marine/light commercial / Industrial
E-Modified Capacitors
180ft (55m) Radius
640,000v/Microsecond

### CMCE25
Primary Use: Residential/Marine/light commercial
E-Modified Capacitors
82ft (25m) Radius
640,000v/Microsecond

### COVERAGE RADIUS



To help visualize the coverage radius of one CMCE120 Lightning Suppressor. Each of these 4 circles represents the coverage area of a device used to protect Bush Stadium.

## How it Works:
## Operating Principles



The technological innovation of the CMCE Multiple Electric Field Compensator creates and **maintains a balanced electric environment within its protective three-dimensional radius.**

As an electrostatic current PASSIVE CAPTURING SYSTEM, the CMCE:
1. Absorbs charges that appear in the surrounding electromagnetic field,
2. Arranges charges internally based on their natural form,
3. Creates a controlled flow of leakage current in harmless milliamperes – between 60a and 350mA in fair weather and 700a to 1,800mA in storm phase – through the ground wire to the earth take.

When the electric field changes, provoked by variations in the surrounding environment, the CMCE reacts by absorbing and draining excess charges into the ground. This process eliminates upward streamers and prevents the development of lightning within the devices coverage radius.

## Installation.

To meet precise installation requirements and identify the most qualified installers, we strongly recommend reaching out to us. Our team is equipped to provide specific installation guidelines tailored to the CMCE device and can recommend highly trained and qualified professionals for correct installation. We can also advise on local regulations and standards for lightning protection system installations in your area to guarantee compliance and maximize protection.



## The Real Cost of a Strike.

On average, lightning strikes cause more than $2 billion annually in covered payouts to small and medium-sized businesses in the United States. This figure reflects the significant economic impact of lightning strikes on commercial properties, which account for a substantial portion of property insurance claims in the country. This statistic underscores the substantial financial risk associated with lightning strikes and highlights the need for effective lightning protection measures

### Petrochemical Downstream Cost.
Source: Willis Energy Market Review, 12/13

**$420,000,000** Plant Losses in Texas
**$52,000,000** Plant Losses in Oklahoma
**$52,000,000** Plant Losses in Virginia

### Storage & Processing Activities

  

**61%** Incidents Caused by Lightning
**80%** Incidents involving petroleum storage tanks — Source: Journal of Hazardous Materials
**30%** U.S. businesses damaged by lightning — Source: Carnegie Mellon Report

## Contact Us

Looking to enhance your lightning protection strategy? Reach out to our sales team at EMP for personalized guidance and solutions. Whether you're interested in exploring the benefits of the CMCE Lightning Suppressor or have specific queries, we're here to assist you every step of the way. Consider scheduling a site visit with our experts to assess your unique needs and recommend the most effective protection for your property. Contact us now through the form below, give us a call, or send an email, and let us help you secure your assets against lightning risks with precision and expertise.

Name (required): First Name | Last Name
Email (required)
☐ Sign up for news and updates
Phone (required): Country United States | Number +1
Dropdown (required) Select Your Industry: Select an option
Message (required)
[SEND]



**Location**  6478 Port Sunlight, Newport, MI 48166
**Hours**  Monday — Friday  8am — 5pm
**Contact**  info@empdefense.us  (844) 856-3706



Protect your most valuable assets including residential and commercial properties with CMCE lightning suppression system.

Home | Shop | How It Works | Installation | Why You Need Hawkeye | Project Gallery | Contact Us | About Us | USD

Home / Collections / CMCE Lightning Protection Series

## CMCE Lightning Protection Series



**CMCE-120 (Diamond)**
$0 USD

**CMCE-25 (Gold)**
$0 USD

**CMCE-50 (Platinum)**
$0 USD





**CMCE-120 Residential/commercial**
$0 USD

**CMCE-55 Residential/Commercial**
$0 USD

## Email Newsletter

Join our exclusive list to receive updates, product information, events, and more.

your@email.com









| NAVIGATION | SOCIAL | CONTACT | MORE |
|---|---|---|---|
| Home | Facebook | Email: Office@seahawkemarine.com | Search |
| Shop | Instagram | Tjhawker@icloud.com | Contact Us |
| How It Works | | Phone: 561-339-6538 | About Us |
| Installation | | Main Office | Project Gallery |
| Why You Need Hawkeye | | 2300 broadway st. Rivera beach, | How It Works |
| Project Gallery | | Florida 33404 | Installation |
| Contact Us | | | Why You Need Hawkeye |
| About Us | | | |

© 2025. All rights reserved. Powered by Shopify.








 info@rippingitoutdoors.com   Contact Us 24-7   (305)-391-2008



Search: CMCE

Cart

Shop All | Shop By Category | Shop By Brand | Services | Trips | Resources | Programs | Contact Us

## Search results

Filter:  Price  Availability  Brand          Sort by: Relevance       6 results



Sertec Land Lightning Protection Up to 100,000sf of Coverage- CMCE Plantinum (CMCE50) Series
SERTEC CMCE
$1.00



Sertec Marine Lightning Protection For Up to 49' Vesseles - CMCE Gold (CMCE24) Series
SERTEC CMCE
$1.00



Sertec Land Lighting Protection Up to 21,000sf of Coverage -CMCE Gold (CMCE25) Series
SERTEC CMCE
$1.00



Sertec Marine Lightning Protection For 100'+ Vessels &amp; Up - CMCE Diamond (CMCE120) Series
SERTEC CMCE
$1.00



Sertec Marine Lightning Protection For Up to 99' Vessels- CMCE Plantinum (CMCE50) Series
SERTEC CMCE
$1.00



Sertec Land Lightning Protections For 101,000sf+ and Up of Coverage - CMCE Diamond (CMCE120) Series
SERTEC CMCE
$1.00

### Info
Shop All
Shop By Category
Shop By Brand
Services
Trips
Resources
Programs
Contact Us

### Legal
Privacy Policy
Return & Exchanges
Terms & Services
Shipping

### Contact
CALL/TEXT US:
+1 (305)-391-2008

EMAIL US:
Info@rippingitoutdoors.com

HEAD QUARTERS:
1150 NW 72nd Ave
Miami, FL 33126

 Live chat

© 2025, Ripping It Outdoors Powered by Shopify



# Marine

## Specialized Marine Models



### Gold
**Description:** Thanks to its small size and weight, it is especially used in small boats, Sailboats, Marine buoys, etc.
**Weight:** 2.3 pounds
**Measurements:** 4.9 x 8.5 inches
**Packaging:** Galvanized metallic material



### Platinum
**Description:** For use in medium-sized fishing or expedition boats, Catamarans, Small yachts, etc.
**Weight:** 6 pounds
**Measurements:** 6.4 x 10 inches
**Packaging:** Galvanized metallic material



### Diamond
**Description:** Developed for maximum protection on Yachts, Cruise ships, Cargo ships, Military ships and more.
**Weight:** 13.6 pounds
**Measurements:** 9.8 x 14.9 inches
**Packaging:** Galvanized metallic material

## View our Marine Projects



### The Armstrong Family – Sailing Dauntless
Read More →



### Fishing Pier in Deerfield Beach, Florida
Read More →



### Chevron California Voyager
Read More →



### Carnival Cruise Lines
Read More →

937-608-0283 | Email | 8530 Wickham Rd., Ste. 112-410 Viera, FL 32940

© 2025 | Sweet Tea Communications & Circle City Web Design | All Rights Reserved