UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22786-CIV-ALTONAGA/Reid

**DINNTECO INTERNATIONAL, S.L.**,

    Plaintiff,

v.

**CAPITOL ELECTRONICS SALES, INC.**; *et al.*,

    Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. To better manage the orderly progress of the case, it is

**ORDERED** that after all Defendants have been served, Defendants shall submit a single, combined response or separate answers to the Complaint within the time allowed for the last-served Defendant to respond. Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant or, in the case of an individual, a notice of intent to proceed *pro se*.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record