UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22786-CIV-ALTONAGA

**DINNTECO INTERNATIONAL, S.L.**,

    Plaintiff,
v.

**CAPITOL ELECTRONICS SALES, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Ripping It Outdoors LLC's ("Ripping It['s]") Unopposed Motion for Extension of Time . . . [ECF No. 13], filed on July 11, 2025. Ripping It seeks an extension of time — until August 12, 2025 — to respond to Plaintiff, Dinnteco International, S.L.'s Complaint [ECF No. 1]. (*See* Mot. ¶ 3).

On July 10, 2025, however, the Court entered an Order [ECF No. 10] stating Defendants need not respond to the Complaint until all Defendants have been served, at which point they must file a single, combined response or separate answers within the time permitted for the last-served Defendant to respond. (*See generally id.*). Defendant, Seahawke Rigging Inc., waived service on July 10, 2025 [ECF No. 9] and has until September 8, 2025 to respond. Since Ripping It is not required to respond until that later date, the requested extension to August 12, 2025 is unnecessary.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, Ripping It Outdoors LLC's Unopposed Motion for Extension of Time . . . **[ECF No. 13]** is **DENIED as moot**.

…
…

CASE NO. 25-22786-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 11th day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record