UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22786-CIV-ALTONAGA/Reid

**DINNTECO INTERNATIONAL, S.L.**,

    Plaintiff,
v.

**CAPITOL ELECTRONICS SALES, INC.**; *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [ECF No. 24]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff shall file the First Amended Complaint [ECF No. 24-1] as a separate docket entry by **August 1, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record