**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22786-ALTONAGA/Reid**

DINNTECO INTERNATIONAL, S.L., an entity of Andorra la Vella,

    Plaintiff,

v.

CAPITOL ELECTRONIC SALES, INC, an Indiana corporation; EMP DEFENSE, LLC, a Michigan limited liability company; SEAHAWKE MARINE INC, a Florida corporation; RIPPING IT OUTDOORS LLC, a Florida limited liability company; and JAY BHARAT KOTHARI d/b/a EMP Solutions, an individual residing in the state of Florida,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ACTION AGAINST DEFENDANT, RIPPING IT OUTDOORS LLC

Plaintiff, Dinnteco International, SL, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i), hereby dismisses this action, without prejudice, with each party to bear its own fees and costs, solely as to Defendant, Ripping It Outdoors LLC.

Plaintiff's dismissal of this action solely as to Defendant, Ripping It Outdoors, LLC, shall in no way impact Plaintiff's action and claims against the remaining Defendants, all of which shall remain in place.

*[Signatures on next page]*

Dated: September 5, 2025

*Respectfully submitted,*

*/s/ Elio F. Martinez, Jr.*
Elio F. Martinez, Jr.
Fla. Bar. No. 501158
elio.martinez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
50 N. Laura Street
Sutie 1100
Jacksonville, Florida 32202
Tel: (904) 598-9929
Fax: (904) 598-9109

Francesca Russo
Fla. Bar. No. 174912
francesca.russo@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, Florida  33131
Tel:  (305)  416-6800
Fax:  (305)  416-6887

*Attorneys for Plaintiff*
*Dinnteco International, S.L.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

*/s/ Elio F. Martinez, Jr.*
Elio F. Martinez, Jr.