# EXHIBIT A



27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Tel: 248.351.3000 | Fax: 248.351.3082
taftlaw.com

Thomas E. Bejin
*tbejin@taftlaw.com*
*(248) 727-1572*

September 26, 2025

<u>Via Email</u>

Elio F. Martinez
GrayRobinson, P.A.
333 S.E. 2nd Ave., Ste. 3200
Miami, FL 33131
Elio.Martinez@gray-robinson.com

RE:   *Dinnteco International, S.L. v. Capitol Electronics Sales, Inc.*,
      S.D. Fla. Case No. 1:25-cv-22786-EA

Elio:

      We are writing with respect to 1) Plaintiff's motion for venue discovery, D.E. 47, and the discovery served on Defendants on September 19, 2025, and 2) Plaintiff's failure to respond to Defendants' Rule 12 motion absent an order from the Court granting an extension. Plaintiff's failure to follow both established Federal Circuit precedent and the Local Rules is notable.

      It is our position that Plaintiff's motion, D.E. 47, as well as its supplemental filing, D.E. 51, violates Judge Reid's Standing Discovery Order.  D.E. 32; D.E. 50.  For this reason Plaintiff's Motion for Venue Discovery is ineffective and should be struck.  Since we have no intention to responding to Plaintiff's improper discovery, we would like to confer with you either Monday or Tuesday next week per that Standing Discovery Order.  To provide the parties with sufficient time to comply with the Standing Discovery Order, we would also like your formal agreement that Defendants need not file an opposition to Plaintiff's motion for venue discovery until such time as the parties have complied with Judge Reid's Standing Discovery Order.

      We would also like to confer with you regarding Plaintiff's failure to timely file a responsive brief to Defendants' Rule 12 motion.

Taft Stettinius & Hollister LLP / Taftlaw.com / The Modern Law Firm

Elio F. Martinez
GrayRobinson, P.A.
September 26, 2025
Page 2

   Please provide your availability and position on an extension to respond to Plaintiff's Motion for Venue Discovery by COB today.

             Regards,

             Taft Stettinius & Hollister LLP

             Thomas E. Bejin