## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-22786-EA

**DINNTECO INTERNATIONAL, S.L., an entity of Andorra la Vella,**

      Plaintiff,

**vs.**

**CAPITOL ELECTRONICS SALES, INC,** *et al.*,

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COMBINED MOTION TO DISMISS

**THIS CAUSE** came before the Court upon Plaintiff Dinnteco International, S.L.'s ("Plaintiff") Motion for Extension of Time to Respond to Defendants' Combined Motion to Dismiss (the "Motion"). [ECF No. 47]. The Motion was referred to the undersigned for disposition by U.S. District Judge Ed Artau on October 3, 2025. [ECF No. 53].

Plaintiff requests an extension of time to conduct targeted venue discovery to rebut assertions raised in Defendants' Combined Motion to Dismiss. *See generally* [ECF Nos. 45, 47, 51]. Specifically, Plaintiff seeks discovery related to the investigation of certain offices, distributors, and business locations certain Defendants purportedly have in this District. *See* [ECF No. 47 at 2–3]. Having considered the Motion and related briefings, it is **HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 47] is **GRANTED.** Plaintiff shall have through and including November 24, 2025, to conduct venue discovery and file its response to Defendants' Combined Motion to Dismiss [ECF No. 45].

**DONE AND ORDERED** this 6th day of October 2025.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record