UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-22786-EA

**Dinnteco International, S.L.,**

    Plaintiff,

v.

**Capitol Electronics Sales, Inc., et al.,**

    Defendants.

_____/

## ORDER SETTING TRIAL

This cause comes before the Court sua sponte. This case was previously set for trial on October 19, 2026, before Chief Judge Cecilia M. Altonaga. [ECF No. 32]. This case was subsequently reassigned on September 15, 2025. [ECF No. 46].

It is **ORDERED AND ADJUDGED**:

1. This case is set for trial during the Court's two-week trial period beginning at 9:00 a.m. on October 19, 2026, in West Palm Beach.

2. A calendar call is set for 11:00 a.m. on October 15, 2026, in West Palm Beach.

3. All other deadlines set forth in ECF No. 32 remain unchanged except as otherwise stated herein.

**ORDERED** in Chambers in West Palm Beach, Florida, this 4th day of February 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Francesca Russo**
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
305-416-6880
Fax: 305-416-6887
Email: francesca.russo@gray-robinson.com

**Elio F. Martinez , Jr.**
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
305-416-6880
Email: elio.martinez@gray-robinson.com

**Gregory Scott Weiss**
Taft Stettinius & Hollister LLP
525 Okeechobee Blvd.
Suite 900
West Palm Beach, FL 33401
561-655-2250
Email: gweiss@taftlaw.com

**Thomas E. Bejin**
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Email: tbejin@taftlaw.com

**William K. Broman**
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Email: wbroman@taftlaw.com

**Justin B. Levine**
Cole, Scott and Kissane
222 Lakeview Avenue
Suite 120
West Palm Beach, FL 33401
561-383-9200

Fax: 561 683-8977
Email: justin.levine@csklegal.com

**Richard Guerra**
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
305-728-8831
Fax: 305-428-2450
Email: rguerra@brickellip.com