**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

DINNTECO INTERNATIONAL, S.L., an
entity of Andorra la Vella,

     Plaintiff,

v.

CAPITOL ELECTRONICS SALES, INC., an
Indiana corporation; EMP DEFENSE, LLC, a
Michigan limited liability company;
SEAHAWKE MARINE INC., a Florida
corporation; RIPPING IT OUTDOORS LLC, a
Florida limited liability company; and JAY
BHARAT KOTHARI d/b/a EMP Solutions, an
individual residing in the state of Florida,

     Defendants.

**Case No. 1:25-cv-22786-ARTAU/Reid**

### [PROPOSED] ORDER GRANTING RENEWED JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER (D.E. 32)

This matter came before the Court upon the Parties' Renewed Joint Motion to Modify the Court's Scheduling Order (D.E. 32), and the Court having reviewed the Motion and being otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** that the Motion is GRANTED. The deadlines contained in the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (D.E. 32) are modified as follows:

| Event | Original Date (D.E. 32) | Proposed Dates |
|---|---|---|
| Selection of Mediator | September 19, 2025 | N/A |
| All motions to amend pleadings or join parties are filed | October 1, 2025 | N/A |
| Parties exchange expert witness summaries or reports | May 26, 2026 | August 2, 2026 |

| Event | Original Date (D.E. 32) | Proposed Dates |
|---|---|---|
| Parties exchange rebuttal expert witness summaries or reports | June 8, 2026 | September 8, 2026 |
| All discovery, including expert discovery, is completed. | June 22, 2026 | September 22, 2026 |
| Deadline to complete mediation and file mediation report | June 29, 2026 | September 29, 2026 |
| Deadline for pre-trial motions and Daubert motions | July 7, 2026 | October 7, 2026 |
| Deadline for pre-trial disclosures | August 4, 2026 | November 4, 2026 |
| Calendar Call | October 13, 2026 | January 13, 2027 |
| Two-Week Trial (Start Date) | October 19, 2026 | January 19, 2027 |

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this _____ day of

_____, 2026.

_____

**ED ARTAU**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record

2