**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| DINNTECO INTERNATIONAL, S.L., an entity of<br>     Andorra la Vella | ) |
|  | ) |
|  | ) Case No.: 1:25-cv-22786-EA |
|      Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CAPITOL ELECTRONICS SALES; EMP DEFENSE,<br>LLC; SEAHAWKE RIGGING INC., RIPPING IT<br>OUTDOORS LLC; and JAY BHARAT KOTHARI<br>d/b/a EMP Solutions | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|      Defendants. | ) |
| _____ / | ) |

**COLE, SCOTT & KISSANE, P.A. MOTION FOR LEAVE OF COURT**
**TO WITHDRAW AS COUNSEL FOR EMP DEFENSE**
**AND JAY BHARAT KOTHARI d/b/a EMP SOLUTIONS**

Counsel, JUSTIN B. LEVINE, ESQ. and COLE, SCOTT, & KISSANE, P.A., ("CSK")

(collectively, "Counsel"), pursuant to Federal Rules of Civil Procedure and Local Rule

11.1(d)(3)(A) of the Local Rules of the Southern District of Florida, respectfully move this court

for leave to withdraw as counsel of record for Defendants, EMP DEFENSE, LLC ("EMP

Defense") and JAY BHARAT KOTHARI d/b/a EMP SOLUTIONS ("Kothari") (collectively, the

"Defendants"), and in support thereof state as follows:

1.     On June 20th, 2025, the complaint was filed.

2.     On July 16th, 2025, Taft Stettinius & Hollister LLP, filed a Motion to Appear *Pro*

*Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic

Filing.

3.      On July 11th, 2025, the undersigned filed Defendants', EMP Defense, LLC and Jay Bharat Kothari d/b/a EMP Solutions, Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

4.      Since its appearance in this case, Taft Stettinius & Hollister LLP has been lead counsel in representing EMP Defense and Kothari.

5.      In that regard, Taft Stettinius & Hollister LLP will be representing the EMP Defense and Kothari going forward.

6.      Accordingly, the services of CSK and Levine are not needed, thus, CSK and Levine seek to withdraw.

7.      EMP Defense and Kothari will have no break in representation, and thus, any prejudice is not present.

8.      Upon conferral, there are no objections to the relief sought.

**WHEREFORE**, Counsel, JUSTIN B LEVINE, ESQ. and COLE, SCOTT & KISSANE, P.A., respectfully requests leave from this Court to withdraw as counsel of record for Defendants, EMP DEFENSE, LLC and JAY BHARAT KOTHARI d/b/a EMP SOLUTIONS and from any further obligations or responsibilities in connection with the representation of EMP Defense, LLC and Jay Bharat Kothari d/b/a EMP Solutions in this action.

## CERTIFICATE OF COMPLIANCE WITH LOC. R. 7.1(a)(3)

The undersigned counsel hereby certifies they have complied with the attorney-conference requirement of Loc. R. 7.1(a)(3).

Dated:  June 17, 2026                                    Respectfully submitted,

                                        **COLE, SCOTT & KISSANE, P.A.**

2

*Counsel for Defendants EMP DEFENSE, LLC and JAY BHARAT KOTHARI d/b/a EMP Solutions*
Esperanté Building
222 Lakeview Avenue, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 612-3476
Facsimile: (561) 683-8977
Email: justin.levine@csklegal.com

By: */s/ Justin B. Levine*
JUSTIN B. LEVINE
Florida Bar No. 106463

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: */s/ Justin B. Levine*
JUSTIN B. LEVINE
Florida Bar No. 106463

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 500 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX