**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **25-cv-22786-ARTAU/Reid**

**DINNTECO INTERNATIONAL, S.L.,**
**an entity of Andorra la Vella,**


       Plaintiff

  vs.

**CAPITOL ELECTRONICS SALES,**
**INC., et al,**


       Defendant.

_____/


## NOTICE OF CHANGE OF ADDRESS

    Attorney **Elio F. Martinez, Jr.** _____ files this Notice of Change

of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders,

etc., shall be sent to:

       Law Firm: **GrayRobinson, P.A.**

       Address: **50 North Laura Street, Suite 1100**
                **Jacksonville, FL 32202**


### Certificate of Service


    **I hereby certify** that a true and correct copy of the Notice of Change of Address was

furnished via electronic filing, U.S. Mail and/or facsimile to:

**Gregory S. Weiss, Esq., Taft Stettinius & Hollister LLP, 525 Okeechobee Blvd., Suite 90,**
**West Palm Beach, FL 33401, gweiss@taftlaw.com; and Thomas E. Bejin, Esq., Taft**
**Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034,**
**tbejin@taftlaw.com, Attorneys for Defendants**

Dated: **July 22, 2026**

Respectfully submitted,

**Elio F. Martinez, Jr.**  .  **501158**
*Attorney Name*                     *Bar Number*

**elio.martinez@gray-robinson.com**
*Attorney E-mail Address*

**GrayRobinson, P.A.**
*Firm Name*

**50 North Laura Street, Suite 1100**
*Street Address*

**Jacksonville, FL 32202**
*City, State, Zip Code*

**904.598.9929**                **904.598.9109**
*Telephone: (xxx)xxx–xxxx*       *Facsimile: (xxx)xxx–xxxx*

**Attorneys for Plaintiff, Dinnteco International, S.L.**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*