**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22786-ARTAU/Reid**

DINNTECO INTERNATIONAL, S.L., an entity of Andorra la Vella,

Plaintiff,

v.

CAPITOL ELECTRONICS SALES, INC., an Indiana corporation; EMP DEFENSE, LLC, a Michigan limited liability company; SEAHAWKE MARINE INC., a Florida corporation; RIPPING IT OUTDOORS LLC, a Florida limited liability company; and JAY BHARAT KOTHARI d/b/a EMP Solutions, an individual residing in the state of Florida,

Defendants.

**DEFENDANTS' MOTION FOR CLARIFICATION**

1. Defendants in the above captioned matter, Capitol Electronics Sales, Inc.; EMP Defense, LLC; Jay Bharat Kothari; and Seahawke Marine Inc., d/b/a EMP Solutions ("Defendants"), seek clarification of this Court's Paperless Order dated September 28, 2026 [DN 86]. That Paperless Order provides:

> PAPERLESS ORDER denying [45] Motion to Dismiss. This denial is without prejudice to the movants reasserting the arguments raised in the Motion in a motion for summary judgment or at trial.

2. Defendants seek clarification because Defendants' Combined Motion to Dismiss [DN 45] raised two arguments: (1) Fed.R.Civ.P 12(b)(3) (challenging venue); and, (2) Fed.R.Civ.P 12(b)(6) (challenging the sufficiency of Plaintiff's pleadings and whether the Complaint states a claim). This is a patent case, and the venue argument under Rule 12(b)(3) addresses unique venue requirements mandated in patent cases. The Paperless Order does not



304768769v1

explain the Court's ruling on Defendants' venue argument insofar as Defendants cannot raise venue arguments later at summary judgment or trial, and Defendants do not want waive their venue argument through inaction. Therefore, Defendants respectfully request clarification solely as to Defendants' venue arguments under rule 12(b)(3).

WHEREFORE, Defendants respectfully request the Court to enter and Order Clarifying the Paperless Order dated September 28, 2026 [DN 86].

**Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1, I hereby certify that undersigned counsel for Defendant conferred with Plaintiff's counsel in a good faith effort to resolve the issues. Plaintiff's counsel takes no position on the instant Motion.

Dated: October 6, 2026

Respectfully submitted,

By: *s/ Gregory S. Weiss*

**Gregory S. Weiss, Esq.**
Florida Bar No. 163430
TAFT STETTINIUS & HOLLISTER LLP
300 Banyan Blvd., Suite 900
West Palm Beach, FL 33401
gweiss@taftlaw.com
Tel. (561) 655-2250

**Thomas E. Bejin, Esq.**
*Admitted Pro Hac Vice*
tbejin@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Tel. (248) 351-3000

*Attorneys for Defendants Capitol Electronics Sales, Inc.; EMP Defense, LLC; Jay Bharat Kothari; and Seahawke Marine Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

*s/ Gregory S. Weiss*
GREGORY S. WEISS
Florida Bar No. 163430

**SERVICE LIST**:

**Elio F. Martinez, Jr., Esq.**
elio.martinez@gray-robinson.com
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Tel. (904) 598-9929
*Attorney for Plaintiff*

**Francesca Russo, Esq.**
francesca.russo@grayrobinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel. (305) 416-6880
*Attorney for Plaintiff*